**Dismissed and Memorandum Opinion filed December 15, 2011.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-11-00711-CV**

_____

**OTIS BYRD, JR., Appellant**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR THE POOLING AND SERVICING AGREEMENT DATED AS OF 4/1/07 SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-BR2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-BR2, Appellee**

---

**On Appeal from County Court at Law No. 2**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-CCV-044560**

---

**MEMORANDUM   OPINION**

This is an appeal from a judgment signed August 2, 2011.   The clerk's record was filed September 9, 2011.   No reporter's record was taken.   No brief was filed.

On October 27, 2011, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was late, on

or before November 28, 2011, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.   Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Brown, Boyce, and McCally.